**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

In Re:

1457 N PRIEUR ST. NO, LLC,

Debtor.

Chapter 11

Bankruptcy Case No. 24-10475

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 13, 2024, a true and correct copy of the foregoing Employment Application were served by Notice of Electronic Filing through the Court's CM/ECF electronic notification system on the parties listed below:

Mary.Langston@usdoj.gov
Office of the U.S. Trustee
400 Poydras Street, Suite 2110
New Orleans, LA 70130

USTPRegion05.NR.ECF@usdoj.gov

and by First Class Mail, postage prepaid, upon the parties on the mailing matrix

Dated: March 15, 2024

/s/ *James A. Graham*
James A. Graham, Med, MBA, JD
701 Loyola Avenue, Suite 403
New Orleans, LA 70113
Telephone: 504-777-3625
jgraham@jamesgrahamlaw.com

*Proposed Counsel for the Debtor*