UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | § | |
|---|---|---|
| IN RE: | § | CASE NO: 24-10475 |
| | § | |
| 1457 N PRIEUR ST NO LLC, | § | CHAPTER 11 |
| | § | |
| DEBTOR. | § | SECTION A |
| | § | |

## ORDER

Considering the *Application for Authority To Employ James A. Graham and the Law Office of James A. Graham, LLC as Debtor's Counsel* Nunc Pro Tunc (the "Application"), [ECF Doc. 2], filed by the Debtor, and after review of the record and pleadings, proper service having been made, no objection having been filed, and good cause shown,

**IT IS ORDERED** that the Application is **APPROVED ON AN INTERIM BASIS** as set forth herein, pursuant to Federal Rule of Bankruptcy Procedure 6003(a) to avoid immediate and irreparable harm.

**IT IS FURTHER ORDERED** that the Debtor is authorized to retain James A. Graham and the Law Office of James A. Graham as counsel ("Debtor's Counsel") in all matters relating to the performance of its duties as a debtor and debtor-in-possession, subject to *de novo* review at a final hearing (the "Final Hearing").

**IT IS FURTHER ORDERED** that fees and reimbursements for costs to Debtor's Counsel shall be governed by 11 U.S.C. §§ 327 and 330.

**IT IS FURTHER ORDERED** that the Court shall hold the Final Hearing to consider the Application is on **Wednesday, April 17, 2024, at 1:00 p.m.** before the undersigned at the United States Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana, 70130. Parties in interest may participate in the hearing (i) in-person;

(ii) by telephone only (Dial-in 504.517.1385, Access Code 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill. Parties in interest are advised to review this Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/.

**IT IS FURTHER ORDERED** that all objections to the entry of a Final Order approving the Application properly served upon Debtor's Counsel and the United States Trustee and served on or before **Wednesday, April 10, 2024**.

**IT IS FURTHER ORDERED** that the Debtor shall serve this Order via first-class U.S. Mail on the required parties who will not receive a copy through the Court's CM/ECF system pursuant to the Federal Rules of Bankruptcy Procedure and this Court's Local Rules and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, March 18, 2024.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE