**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: | CASE NO. 24-10475 |
| 1457 N. Prieur St. NO, LLC | CHAPTER 11 |
| Debtor. | SECTION A |
| | SINGLE ASSET REAL ESTATE |

**CERTIFICATE OF SERVICE**

This is to certify that copies of the foregoing U.S. Trustee's Motion to Dismiss or in the Alternative to Convert to Chapter 7 and Notice of Hearing were served on June 12, 2024, via CM/ECF NOTICE upon:

James Graham, Jr., counsel for the Debtor
jgraham@jamesgrahamlaw.com

And by first class mail, postage prepaid upon:

S&WB, 625 St. Joseph St., New Orleans, LA 70165

Loan Funder LLC, Series 18529, c/o Superior Loan Servicing, PO Box 1551, New York, NY 10008

1457 N Prieur St NO LLC, 40 Memorial Hwy. Apt. 36G, New Rochelle, NY 10801-8349

                                                                     by: *s/Mary Langston*
                                                                      MARY LANGSTON (22818)
                                                                      Asst. U.S. Trustee
                                                                      400 Poydras Street, Suite 2110
                                                                      New Orleans, LA 70130
                                                                      Telephone no. (504) 589-4018
                                                                      Facsimile no. (504) 589-4096