UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

In re:  **Bankruptcy Case No.:** 24–10475
1457 N Prieur St NO LLC  **Chapter** 11
**Debtor**

# NOTICE OF DEFICIENCY

**To:** 1457 N Prieur St NO LLC

Your **Certificate of Service** is/are deficient for the following reason(s):

Certificate of Service reference the wrong document served.

---

Related document(s):

*18* – Opposition with Certificate of Service Filed by 1457 N Prieur St NO LLC (RE: (related document(s)15 Motion to Dismiss Case filed by U.S. Trustee Office of the U.S. Trustee, Motion to Convert Case from Chapter 11 to Chapter 7) Hearing scheduled for 7/10/2024 at 01:00 PM by *SECTION A TeleConference Line: 1–504–517–1385 Access Code 129611. (Graham, James)

---

The corrected filing must be submitted within 2 business days. Otherwise, the court may issue an order to show cause as to why the document was not corrected, or may strike the pleading. You may contact the court for further procedural information.

New Orleans, Louisiana, July 8, 2024.

Lauren Villneurve
U.S.B.C. Clerk's Office